**Yehskel DATTNER, Plaintiff–Appellant,**

v.

**CONAGRA FOODS, INC., Defendant–Appellee.**

No. 12–699–cv.

United States Court of Appeals, Second Circuit.

Jan. 3, 2013.

Amended Jan. 9, 2013.

**12**

Gregory E. Galterio (Bension Daniel De-Funis and Ira N. Glauber on the brief), Jaffe & Asher LLP, New York, NY, for Appellants.

Frank Harold Wohl (Patrick Paul Garlinger on the brief), Lankler Siffert & Wohl LLP, New York, NY, for Appellees.

Present: DENNIS JACOBS, Chief Judge, PIERRE N. LEVAL, and GUIDO CALABRESI, Circuit Judges.

### *SUMMARY ORDER*

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**

This is an appeal from the denial of Yeheskel Dattner's motion under Rule 60(b)(6) to reinstate his action, which had been dismissed in 2003 for *forum non conveniens.* We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We conclude that Dattner's appeal is without merit substantially for the reasons articulated by the district court in its well-reasoned decision. We have considered all of Dattner's remaining arguments and find them to be without merit.

For the foregoing reasons, we hereby **AFFIRM** the judgment of the district court.